

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00269-CR

| | | |
|---|---|---|
| Dennis Keith Brooks | § | From the 213th District Court |
| | § | of Tarrant County (1257517D) |
| v. | § | May 14, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing Appellant's motion for rehearing, we deny the motion. We withdraw our March 26, 2015 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker